578 A.2d 409

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John G. HARRIS, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 7, 1990.

Decided Aug. 20, 1990.

Shelly Stark, Chief Appellate Division, Mitchell A. Kaufman, Asst. Public Defender, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Claire C. Capristo, Deputy Dist. Atty., Kemal A. Mericli, Scott A. Bradley, Asst. Dist. Attys., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Inasmuch as the sentence imposed upon appellant in connection with his conviction for aggravated assault exceeded applicable statutory limits, the judgment of sentence is vacated and the case is remanded to the Court of Common Pleas of Allegheny County for resentencing.